Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

### District of Massachusetts

| | |
|---|---|
| _Ceistina Cain / Teina Cain_ ) <br> _Plaintiff(s)_ <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* <br> -v- <br><br> _Comcast... Et AL_ ) <br> _Defendant(s)_ <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒Yes ☐No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | _Ceistina Cain / Teina Cain_ |
| Street Address | _26 Alaske St._ |
| City and County | _Boston ( Suffolk)_ |
| State and Zip Code | _MA 02119_ |
| Telephone Number | _(959)202.0330    (860)789.8431_ |
| E-mail Address | _N/A_ |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**Defendant No. 1**

    Name — Comcast/Xfinity

    Job or Title *(if known)* — Darcy Rodney

    Street Address — 1701 JFK BLVD

    City and County — Philadelphia

    State and Zip Code — PA 19103

    Telephone Number — 215-981-8588

    E-mail Address *(if known)* — Steve_burke @ comcast.com

**Defendant No. 2**

    Name — Please see attached add'tl

    Job or Title *(if known)* — Defendents to be added to

    Street Address — the original Court filing Defendents

    City and County — Thank you in advance!

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

**Defendant No. 3**

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

**Defendant No. 4**

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

*contact* are witnesses. Thank you!

## Defendents

Additional to be called beyond the first list initially submitted on 11/15/2019. Thank you!

1. Apache Software Foundation
   600 Wakefield, Ma. 01880

2. Capella University -
   225 South Street
   9th Floor Minneapolis, MN.
       55408

3. Lisa Yankoski - Payroll Supervisor
   Westat
       1600 Research Blvd, Rockville MD 20850

4. Paylocity -
       1400 American Lane.
       Schaumburg, IL 60173

5. Turbo tax -
       2800 E. Commerce Center Place
           Tucson, AZ. 85706

6. Brigham and Womens Hospital -
       75 Francis St. Boston, MA. 02115

7. Square, Inc
   1455 Market St. Ste 600,
        San Francisco, CA 94103

8. Homeland Security -
      1414 Main St. Springfield, MA. 01103

9. MIT - Greg Madden
      77 Massachusetts Avenue,
         Cambridge, MA 02139

               Jake Wharton
10. Git hub -
      88 Colin P Kelly Jr St.
      San Francisco, CA 94107
         415-448-6673

11. Cortland Dental & Braces - office mgr.
      217 South St.                    Kathy
      Holyoke, MA. 01040      RE: Kathleen
                                   Annino

12. Doe (s) Defendents

13. RMV - Jamey Tesler
      P.O. Box 55889,
      Boston MA. 02205-5889

14. Quirk Chryster Jeep Dodge Ram
40 Hallet St. Dorchester MA.
857-309-7652

15. Collin Walsh — 55 Sebethe Drive, Cromwell,
Safe Home          Conecticut, 06416

16. FBI Springfield, MA. — Agent Crowley
1441 main St. Floor 8   Springfield, ma 01103

17. United States Postal Service
617.556.4400 us Postal inspection services.
475 L'Enfant Plaza SW, Washington, Distict of
Columbia, 20260

18. JMAC-
Adolfo - sales managee — 188 Atlantic Ave,
New Hyde Park, NY
516-812-0917              11040.

19. Aerial Communications-
3407 West Drive martin Luther King Jr.
Boulevard, Tampa Fl. 33607

20. COX—
1400 Lake Hearn Dr.
Atlanta, GA 30319

21. omnipoint miami E License. —   Donald.
        12920 S.E. 38th St        Guthrie
        Bellevue, WA, 98006

22.  Broadvox, Inc.
        1228 Euclid Ave Cleveland, OH
            44115

23. Level 3 Communications. LLC.
        1025 Eldorado Boulevard
        Broomfield, Colorado  80021

24. Info telecom, LLC. —DC—
        1090 Vermont Avenue NW suite 910
           Washington, District of Columbia
              20005

25. Paula White —
        505 E McCormick Rd
        Apopka, Fl 32703

26. Randy white —
        3702 W. Kennedy Blvd,
        Tampa, Fl. 33609

27 Dino Flore - Qualcomm Inc.
RAN Chairman
5775 morehouse Dr,
San Diego, CA 92121

28. Havish Koorapaty - Ericsson
6300 Legacy Dr, Plano, TX 75024

29. Andrew myles - Cisco
+61 418 656587 amyles@cisco.com
170 West Tasman Dr, San Jose,
California 95134

30. Greg Ennis - Wifi Alliance
512-498-9434
10900-B Stonelake Boulevard
Suite 126 Austin, Texas 78759

31. Dave Wrigth (ruckuss wireless)
+603-2298-8375
350 West Java Drive
Sunnyvale, CA 94089

32. Broadcom
Florin Baboescu -Senior Principal
5300 California Ave,
Irvine, CA, 92617

33. Janne Linkola - Cablevision
1111 Stewart Avenue
Bethpage, NY 11714
516-364-4913

34. Tal Philosof - General Motors
P.O. Box 33170 Detroit, Michigan
48232-5170

35. Officer Hector M. Morales
Springfield Police Department
130 Pearl St. springfield ma 01105

36. Springfield Parking Authority
150-B Bridge Street
Springfield, MA 01103
MUSA - office manager

37. CNAC
1675 main St.
Brockton MA. 02301
508-587-5559
RE: Wilkin CNAC Representative, JAY Finance MGR.

38. LinkedIn
2029 Stierlin Court, Mountain View,
California 94043

39. Commissioner Cheryl Clappwood
    Springfield Police Department
    130 Pearl St. Springfield ma
    01105

40. Officer Lannox Williams
    Springfield Police Department
    130 Pearl St. Springfield ma 01105

41. Sargeant Derek Cook
    Springfield Police Department
    130 Pearl St. Springfield ma 01105

42. Officer David Coburn
    Springfield Police Department
    130 Pearl St. Springfield ma 01105

43. Officer James E. Menard
    Springfield Police Department
    130 Pearl St. Springfield ma 01105

44. Helder Martins              Jiffy Lube
    Expert witness  — 1305 Bank St.
    Jiffy Lube                 Ottawa ON
    Ontario, CANAda              K1S 3Y2
                            613. 737. 6887

45. State Police
    Springfield
              600 Liberty Street,
              Springfield, MA. 01104
                    413-736-8390

46. Walgreens —    (Manager)
        54 Center Square
    East Longmeadow, MA. 01028
              413-526-9664

47. tinycc.org   — 51 Franklin Street
    GNU Lesser        5th Fl. Boston, MA.
                              02110-1301
1. Fabrice Bellard
2. Barry Warsaw   - Project Lead

48. Apple
        1 Infinite Loop, Cupertino,
        California. 95014

49. Facebook
        1 Hacker Way
        Menlo Park, California
              94025

50. Twitter
        1355 Market street
        Suite 900, San Francisco, CA 94103
              415-222-9670

51. officer D. Borrero
    Springfield Police Department
    130 Pearl St. Springfield ma 01105

52. Detective Gregory McCAin
    Springfield Police Department
    130 Pearl St. Springfield ma 01105

53. Sargeant Brian elliott
    Springfield Police Department
    130 Pearl St. springfield ma 01105

54. Attorney Jeffrey Morneau
    413-455-1730
    273 State street, 2nd fl.
    Springfield, MA 01103

55. Officer Stephen Sicard
    Springfield Police Department
    130 Pearl St. springfield ma 01105

56. officer John Parrott
    Springfield Police Department
    130 pearl St. springfield ma
    01105

57. Sergeant   Stephen W. Wyszynski
      Springfield Police Department
        130 Pearl St. Springfield,
              MA   01105

58. Officer Kelly Gavin
      Springfield Police Department
        130 Pearl St. Springfield,
              MA   01105

59. Officer Robert C Browne
      Springfield Police Department
        130 Pearl St. Springfield,
              MA  01105

        Red hat
60. David S. miller
      PO Box 298, North marshfield, MA.
              02059

61. Alex Andriyanov        Am-PRO TECH (AM-PRO)
      1255 Treat Boulevard ste. 309
        Walnut Creek, CA, 94597
              925. 529.2611

62. Tony Beaman  - Hacking solutions
      3316 Laguna Way, Oakland CA 94602 - 2818
        510 - 454 - 9955

63. Lumin - Technologies
        211 Gates Road,
          Little Ferry
            New Jersey  07643

64. RSA Data security INC.
    174 middlesex Turnpike
    Bedford, MA. 01730
    781-515-5000

65. Jason Dowd (witness)
    813-614-5672
    witness - provide written statements
    and documentation to the court.
    Tampa, Fl.

66. Samantha markle (witness)
    815 shadow Dr.
    Lakeland, Fl. 33809
    (818) 337-9745

67. (HP) Hewlett Packard
    3000 Hanover St.
    Palo Alto, CAlifornia
    94304

68. Jeffrey Artis (witness)
    Kairos 240-434-8694
    23330 Cottonwood Pkwy ste 323
    California, MD 20619

69. Bishop John Borders (witness)
    1257 Blue Hill Ave, Mattapan, MA 02126

70. mozilla — 650 Castro St. Mountain View, CA. 94041

71. Captain Daniel Rupert
    (Deputy Chief)

    130 Pearl Street, Springfield, mc Police
       Department's   01105


72. Mayor Domenic J. Sarno
    36 Court Street
    Springfield, MA 01103
       413-736-3111


73. Christine m. Turgeon
    (Atty)
    1391 Main Street, Ste 201
    Springfield, MA 01103
       413-736-0858


74. Max Krasnyansky
    Maxk@qualcomm.com
    Qualcomm, Inc.
      5775 Morehouse Drive,
      San diego, CA 92121


75. Tom Tskrodzki-Prime Home Services   372
                (413) 568-3300 — Pine Hill RD
            (Home inspector FCB 2019)      Suite B213
                                           Russell, MA.
                                              01071

76. Trooper L Welch Badge #440
    Mass State Police   Address: 668 South Ave
                                 Weston, MA. 02493


77. Senator Michael O. moore (witness)
    State House, Room 109 B
    Boston, MA 02133   617. 722.1485

78. IRS - JFK Federal building
15 New Sudbury St.
    Boston, MA. 02203
        617-316-2690
        877-777-4778

79. LaShena Butler      (witness)
    Justice as Healing
    100 Warren St. Roxbury, MA.
        02119

        Iain Cripin
80.  101 Woodcrest Road    - (Comcast security)
     Suite 141  Cherry Hill,
        New Jersey 08003

81. Henri monnier
    611 mossy creek trail      843.252.8678
    Murphy NC 28906
        hcm@themonniers.com

82. mysuperPC.com
    Rob williams
    844-212-0689 Lulu.Press, Inc.
    627 Davis Drive, Ste 300,
    morrisville, NC 27560

83. • Corporation  Service Company   - Google
      2710 Gateway oaks Drive,  Suite 150 N
      Sacramento, CA 95833
          serve Google civil lawsuits here

    • Google LLC   c/o custodian of records
      1600 amphitheatre PKWY mountainview, CA
                                              94043

turn over →

84. Andrea Stone — City hall
        Records
   36 Court St.
   Springfield, MA
        01103

85. Foursquare        — Jeff Glueck, Dennis
        INC.                              Crowley
     HQ W23rd St. New York, NY 10010

86.

   Bloomberg
   731 Lexington Avenue
   New York, NY 10022

              ORACLE        — Larry Ellison
87. 500 Oracle Parkway
    Redwood Shores, CA
       94065, USA                    Wim Coekaerts
                                                SVP

          ORACLE — (Beehive-LVM)
88.    100 Crosby Dr
        Bedford, MA 01730
         781-538-2000

89. Anthony Simone Malone — Expert witness
     FMHDMS Radio                    & Character witness
                                                  27 years
       Forensics Case management & therapy  professional
     236 West 64th Avenue                            Mental
                                                          Health
       Philadelphia, Pennsylvania 19126  mental #3099
                                                   Therapist CBH

90.

SGT. Clarence Hermiser (retired SS)   617.699.9520
MIT   301 Vassar Street
Cambridge, MA 02139

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**Defendant No. 91**

Name — Comcast Xfinity

Job or Title *(if known)* — Jenni moyer

Street Address — 1701 JFK BLVD

City and County — Philadelphia

State and Zip Code — PA 19103 - 2838

Telephone Number — (215) 286 - 3311

E-mail Address *(if known)*

**Defendant No. 92**

Name — Nicholas Gurau

Job or Title *(if known)* — Comcast technician

Street Address — 87 Feltham Road

City and County — SPRINGFIELD

State and Zip Code — MA 01118

Telephone Number

E-mail Address *(if known)*

**Defendant No. 93**

Name — Diane Houston

Job or Title *(if known)* — Deputy clerk, traffic DIVISION

Street Address — clerk of the circuit court

City and County — TAMPA - Hillsborough

State and Zip Code — FL

Telephone Number — (813) 276 - 8200

E-mail Address *(if known)*

**Defendant No. 94**

Name — MICROSOFT

Job or Title *(if known)*

Street Address — One Microsoft Way

City and County — Redmond

State and Zip Code — WA 98052

Telephone Number

E-mail Address *(if known)*

Defendant No. 95

Name — Qualcomm
Job or Title (if known)
Street Address — 5775 Morehouse Drive
City and County — San Diego
State and Zip Code — CA 92121
Telephone Number
E-mail Address (if known)

Defendant No. (95)

Name — Red hat
Job or Title (if known)
Street Address — 100 E. Davie Street
City and County — Raleigh
State and Zip Code — NC 27601
Telephone Number — (919) 754-3700
E-mail Address (if known)

Defendant No. (96)

Name — T.mobile
Job or Title (if known)
Street Address — 12920 SE 38th St
City and County — Bellevue
State and Zip Code — WA 98006
Telephone Number
E-mail Address (if known)

Defendant No. (97)

Name — VERIZON
Job or Title (if known)
Street Address — 1095 Avenue of the Americas
City and County — New York
State and Zip Code — NY 10036
Telephone Number — (212) 395-1000
E-mail Address (if known)

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. ~~1~~ ~~2~~ ~~3~~ (98)

Name  **MALIN  MONROE**

Job or Title *(if known)*  **RED  SOLE  FAN**

Street Address  **2  LISA  CT**

City and County  **Parlin**

State and Zip Code  **NJ  08859**

Telephone Number

E-mail Address *(if known)*  **malin 6187 @ gmail. com**


Defendant No. ~~1~~ ~~2~~ (99)

Name  **Douglas Hook**

Job or Title *(if known)*  **Mass LIVE REPORTER**

Street Address

City and County  **SPRINGFIELD,  MA**

State and Zip Code

Telephone Number  **(413)  351 - 1496**

E-mail Address *(if known)*


Defendant No. ~~3~~ ~~4~~ ~~5~~ (100)

Name  **EVERSOURCE**

Job or Title *(if known)*  **utility Co.**

Street Address  **PO  BOX  56005**

City and County  **BOSTON**

State and Zip Code  **MA 02205-6005**

Telephone Number

E-mail Address *(if known)*


Defendant No. ~~4~~ ~~5~~ ~~6~~ (101)

Name  **GM Financial**

Job or Title *(if known)*

Street Address  **PO BOX 181145**

City and County  **ARLINGTON**

State and Zip Code  **TX  76096- 1145**

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. ~~102~~ ~~101~~ (102)

Name   Liberty Park
Job or Title *(if known)*   suite 500
Street Address   6430 S. Fiddlers Green Cl
City and County   Greenwood Village
State and Zip Code   CO   80111
Telephone Number
E-mail Address *(if known)*

Defendant No. ~~102~~ ~~103~~ (103)

Name   I A B
Job or Title *(if known)*
Street Address   116 EAST 27th ST 6th Floor
City and County   New York
State and Zip Code   NY   10016
Telephone Number
E-mail Address *(if known)*

Defendant No. ~~103~~ ~~104~~ (104)

Name   Capital One
Job or Title *(if known)*
Street Address   PO BOX 30281
City and County   Salt Lake City
State and Zip Code   UTAH 84130 - 0281
Telephone Number
E-mail Address *(if known)*

Defendant No. ~~4~~ ~~104~~ ~~105~~ (105)

Name   Lexis Nexis
Job or Title *(if known)*   employment
Street Address   1000 Aldeman Dr
City and County   Alpharetta
State and Zip Code   GA 30005 - 4101
Telephone Number   (800) 845-6004
E-mail Address *(if known)*

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. ~~1~~ (106)

Name — Geico

Job or Title *(if known)*

Street Address — PO BOX 9519

City and County — Buffalo New Jersey Claims

State and Zip Code — R Fredericksburg

Telephone Number — VA 22403 - 9515

E-mail Address *(if known)*

Defendant No. 2 ~~106 107~~ (107)

Name — Citizens Bank

Job or Title *(if known)* — Ashley Wajda

Street Address — 20 Cabot Road

City and County — Medford

State and Zip Code — MA 02155

Telephone Number

E-mail Address *(if known)*

Defendant No. 3 ~~107 108~~ (108)

Name — Dr Aliecia McClain /GVAH

Job or Title *(if known)* — Director of DNIMAS (NSU) (USC)

Street Address — 320 Dunn st

City and County — Chesapeake

State and Zip Code — VA

Telephone Number — (757) 823 - 2571

E-mail Address *(if known)*

Defendant No. ~~108~~ (109)

Name — Chris Carbone

Job or Title *(if known)* — JD Byrider

Street Address — 1090 Boston Road

City and County — Springfield

State and Zip Code — MA 01119

Telephone Number — (413) 783 - 9600

E-mail Address *(if known)*

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1    (110)

    Name    AT+T

    Job or Title *(if known)*    Corporate office

    Street Address

    City and County    BOSTON

    State and Zip Code    MA

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2    (111)

    Name    Metro PCS

    Job or Title *(if known)*    Genelle cruz

    Street Address

    City and County    SPRINGFIELD

    State and Zip Code    MA

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- The Massachusetts Consumer Protection Law - M.G.L. c 93A
- The First Amendment of the United States Constitution
- Article 3 Bill of Rights
- Article 6 Bill of Rights

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

        $300,000,000 _____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attached documents thank you in advance.
(timeline of events)

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Please see attached documents thank you in advance*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/24/19

Signature of Plaintiff

Printed Name of Plaintiff    Cristina Cain            Trina Cain

### B. For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney  _____
Bar Number          _____
Name of Law Firm      _____
Street Address        _____
State and Zip Code      _____
Telephone Number      _____
E-mail Address        _____



# Statement of Claim

Since October 2018 continuing to the present of November 2019, ongoing death threats, harrassment, police targeting inclusive of the Department of Defense, white house, media, tech, and private businesses, veterans have illegally surveillanced our homes through hard-wiring, smart devices, and trafficking of sensors, GPS, on apps and in our vehicles. This global malicious, and highly unethical attack which has broken Federal laws to destroy our peace of mind, the right to live peacefully & happily, in safety has been stripped of not only my immediate family but the extended as well. Falsified taxes, tempering of our mail, police brutality, Gov't officials, Politically obstructing our rights to file police reports, or ask for investigations with considerable Proof is unbelievable and unjust. Our civil Rights have been disregarded, ignored, deliberately taken from us without reason. Our voice to express our thoughts, ideas, inspiration has been revoked by media through Digital media, social media, Radio, television as a show of censorship established to benefit the current administration currently in the white house. The punitive Damages psychologically, spiritually, financially, emotionally are beyond any number of what can and should be provided for the pain, defamation,

Statement of Claim



Slander, Character assasination attempts by those of sector, but even worse those in govermental positions sworn to take an oath of protecting and serving private Citizens. The abuse & misuse of authority which we can never get back through time, Financial loss of opportunities, speaking engagements, harrassment of sponsors, loss of following for our ministry, and Can no longer travel abroad due to global threats, has led us to ask the court, through a jury for the amount of $300,000,000 or more should they desire the abuse be founded to warrant a larger amount.

   Thank you and God bless America!

# RELIEF



We are asking the Court/Jury to hold
all accountable Parties listed as defendants
responsible in alerting the public as to the
malicious, and illegal dealings over the
Course of a year. If a Class action
Suit should arise than all monetary
Compensation should be distributed in
resolving and righting the wrongs of
those responsible in protecting Citizen's
Privacy & data established by federal
laws of the United States of America.
Also all Court costs, potential expert
Speaker fees, will also be Covered as a
result of filing this lawsuit for the plaintiffs
We also ask for the right to publish all
names involved with this global attack
Whether listed as a Defendant on this case
or not with no countersuit possible if
ever. Should any Doe(s) Defendants Come
after deliberation, they will also be
responsible for compensation as a result
of this breach. We also ask that new
laws be established to Protect consumers/citizens
And that the correct assistance is provided,

②

as to never have to endure the hardship, frustration, denial of help nor accountability we've experienced for well over a year. Also request law enforcement implement a Cyber division within all major police Departments across our Nation. Lastly, Public apologies and written letters to our family for the loss, shame, harrassment, Death threats endured without cause or reason from all defendants listed. Regulation of Rogue internet use must be mandated as a result of lack of accountability across the board.

Thank you in advance & God Bless America!!