Case # 1:19-CV-12344-ADB

FILED
IN CLERKS OFFICE

U.S. DISTRICT COURT

# Amended Complaint Per Judge Allison D. Burroughs

Springfield Police department obstructed justice, 7/31/19 they called us at the court house where they sent us to file a report, to remain there and wait for further instructions. Meanwhile Comcast was at our house with detectives to remove and unistall their service. We were informed by two members of SPD that we were not allowed to file any more police reports regarding new evidence per Commisioner Clapwood & Mayor Sarno. Police brutality which lead to an internal affairs investigation.

FBI (MA and VA) We met with numerous agents, IT, supervisors - Agent Crowley (Springfield MA) & Agent Nickerson (Boston, MA) also spoke with supervisor Agent Christian. IN VA we spoke with Agent David S. Mitchell - he initiated an investigation in which death threats were presented and he stated that an attempt must be made on our lives before they would take action, Per Springfield PD, Per Quincy PD, Per Braintree PD, Per Boston PD, Per Secret Service agent Jordan, Per assistant DA NINA, Per ATTNY Morneau. We went to Springfield's office and spoke with Agent Crowley we offered our devices to her & she refused to take them, stating "we're the FBI we don't need your devices to find information". We then contacted Agent Mitchell who in turn contacted Agent Crowley asking her why she did not take our devices (laptops, cell phones, printers, etc.) In which she replied We refus refused to give her our devices. UNTRUE. Agent Mitchell asked us to return to Agent Crowley & drop off our comprimised devices, which we did. The IT Agent & the agent on duty said they would not take our devices. The FBI has refused to investigate our cyber threats/crimes against us (this is their jurisdiction

Case # : 19-CV-12344-ADB

# Amended COMPLAINT

Homeland Security /Fed ramp/ILE have been, and are currently-illegally surveillancing us in our vehicles and homes, along with the use of military individuals stalking us.

The following agencies DOJ/DOD/USAF/NAVY/ FDIC/NICE OIG/ OMB/ NYST/ PRISM/ US-984XN / NSA have conducted penetration testing through BROadband safecom telecommunication carriers and social media platforms, workforce framework, cyber security.

Our PII - Personally Identifiable Information, was breached. These agencies had unauthorized access to our PII, they were able to establish false employment in our names, they filed false tax returns in our names. Our credit reports have false information. Per FDIC, Per the office of the president, + Per the OMB - the office of management and budget, when a PII breach occurs we are expected as consumers in a timely fashion to be informed about the breach so we could reach out to the correct agencies to report it. The government is giving an opportunity to respond and notify us after investigating the breach in a timely manner.

Per the OMB the PII sensitive data loss is irreparable due to a delayed response. Our PII breach has resulted in banking accounts penetrated, prescription/medical insurance utilized by malicious actors internally violating our HIPAA laws/rights. Our PII has been utilized by malicious actors internally + externally, hackers, contractors, employers, and foreign interference to gain prescription drugs, receiving medical/dental treatment - resulting in us being denied service due to insurance fraud.

# Amended Complaint

IRS statements falsified + filed resulting in theft of tax refund. Access to RMV identification falsified + forged documents in our name. Educational transcripts, banking / financial companies, social security numbers, cell phone records, email intrusion, social media phishing to collect data in every area hence stealing your identity. Credit bureaus providing your information to companies, organizations without proper documentation hence malicious users overtaking your identity.

The List of companies attached names those companies that have illegally accessed (penetrated) and granted third parties sensitive PII information without users consent. To reiterate 1.) Forged documents in your name 2.) penetrating testing in your cell phone and devices.

The NSA has downloaded illegal malware without users permission, sharing confidential information with third parties resulting in malicious attacks that consumers are totally unaware of.

The NSA, secret surveillance - BKA "The Deep State" utilizing FISA to obtain user data domestically is illegally, without 51% of evidence also tying to terrorism acts abroad.

NSA malware being downloaded without users consent, monitoring, texting conversations, photos, eavesdropping, facial recognition, Bio metrics, fingerprints, eye retinal scans are not to be used on innocent American citizens, who disagree with the current administrations policies targeting individuals innocent constituents, without probable cause is a malicious threat against Democracy today infringing on one's

Case 1:19-cv-12344-ADB    Document 11    Filed 01/14/20    Page 4 of 5

# Amended Complaint

right to live peacefully. financially prosper, and a right to privacy in one's home and vehicle. Penetration testing through government agencies, broadband companies, secret government groups, telecommunication companies, corporations, to obtain PII data is unconstitutional, illegal and against terms of service. These acts of invasion of privacy are likened unto a facist regime dictatorship with no regard to the rules that govern these United States of AMERICA, Bill of rights and Constitution.

Snowden leaked PRISM, and corporations. lied blaming outside interferrence when their employers are the very ones bought paid to do harm to hard-working citizens because of collaboration intimidation through government officials abusing misusing their platforms, positions, and data because they can.

The following companies, software coders, developers, telecom engineers (list attatched), working collectively sharing data, participating in breaches, operating as threat agents with unauthorized access. Utilizing trojan horse virus, and deliberate weakness found in the very devices they've created - HOW CONVENIENT! We have over 80,000 pictures of proof, devices illegally planted, 17 phones compromised. Electronic devices + appliances with sensors, testing of 5g global participation in which has caused every area per the OMB and FTC to be the ultimate Data breach.

Case #1:19-cv-12344-ADB   Pg 5 of 5

# Amended Complaint

This deliberate attempt of sabotage, political interference, slander, defamation, character assasination with the guise of false imprisonment by malicious contractors working with the federal government, law enforcement, politicians, corporations, and the judicial system.

The list of coders attatched were all found over a duration of two years in our devices. Deliberately attacking immigrants just as the executive branch does so today.

We are suing for $300,000,000.00 for solving this treacherous debacle, for exposing this information at the risk of our lives, and asking for restitution and solutions in creating Legislation to put an end to the "WILD WILD WEB" dubbed the internet.

Please make all documents, pictures of this amended complaint and case public.

Pro Se

Trina Cain

1/14/2020